**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

ROGER DOMROES,

Plaintiff,

v.

KAREN CZERKIES, et al.,

Defendants.

No. 9:19-CV-932 (GLS/CFH)

**APPEARANCES:**

**OF COUNSEL:**

Roger Domroes
Bissonette House
335 Grider Street
Buffalo, New York 14215
Plaintiff pro se

Attorney General for the
State of New York
The Capitol
Albany, New York 12224
Attorney for defendant
Karen Czerkies

NICHOLAS LUKE ZAPP, ESQ.
Assistant Attorney General

**CHRISTIAN F. HUMMEL**
**U.S. MAGISTRATE JUDGE**

**ORDER**

A conference was conducted with plaintiff pro se and defense counsel on November 23, 2020. The Court directed that defendant Czerkies' personnel file be delivered to the Court for in camera review. Text Minute Entry dated Nov. 23, 2020. Defendant Czerkies' personnel file was delivered to the Court.

The Court has conducted an in camera review of defendant Czerkies' personnel file. The Court finds that none of the information contained in that personnel file is the proper subject of discovery pursuant to Rule 26 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated: December 23, 2020
Albany, New York

Christian F. Hummel
U.S. Magistrate Judge